# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

JUN 1 7 2004

ROBERT H. SHEMWELL, CLERK
BY _____
                 DEPUTY

| | |
|---|---|
| SUE ANN EASTERLING | NUMBER 03-0985-A |
| VERSUS | JUDGE DRELL |
| CONCORDIA PARISH SCHOOL BOARD | MAGISTRATE JUDGE KIRK |

### PLAINTIFF'S THIRD AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff herein, who amends the Complaint filed in this matter on May 19, 2003, the First Amended Complaint filed on December 17, 2003, and the Second Amended Complaint filed on January 15, 2004 as follows:

Plaintiff adds paragraph 15 to her second amended complaint as follows:

> "15.
> The Notice of Right to Sue on plaintiff's retaliation claim was issued on March 16, 2004. Plaintiff continued to suffer retaliation up to the time that she resigned her position at the end of May 2004. Plaintiff resigned her position due to the continued retaliation against her."

Plaintiff reiterates the allegations and prayer contained in her Complaint originally filed on May 19, 2003, her First Amended Complaint filed on December 17, 2003 and Her Second Amended Complaint filed on January 15, 2004 as though set forth in full herein.

WALKER, TOOKE & LYONS, L.L.P.
1700 Irving Place
Shreveport, LA 71101
318/221-8644
318/221-7059 (fax)

BY: _____
Laurie W. Lyons, #9328
ATTORNEYS FOR PLAINTIFF