UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| SUE ANN EASTERLING | CIVIL ACTION NO. 03-0985-A |
| -vs- | JUDGE DRELL |
| CONCORDIA PARISH SCHOOL BOARD | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons given in the ruling accompanying this judgment, the Concordia Parish School Board's Motion for Summary Judgment (Doc. 23) is DENIED with respect to Sue Ann Easterling's claim of sex discrimination and GRANTED with respect to her claims of retaliation.  Defendant's Supplemental Motion for Summary Judgment (Doc. 41) is GRANTED.  Easterling's claims of retaliation and constructive discharge are DISMISSED WITH PREJUDICE.

SIGNED on this 29th day of June, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge