RECEIVED
IN ALEXANDRIA, LA

AUG - 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| SUE ANN EASTERLING | NUMBER 03-0985-A |
| VERSUS | JUDGE DRELL |
| CONCORDIA PARISH SCHOOL BOARD | MAGISTRATE JUDGE KIRK |

### FINAL JUDGMENT

**CONSIDERING THE FOREGOING MOTION:**

**IT IS HEREBY EXPRESSLY DETERMINED** that there is no just reason for delay for the filing of appeal;

**IT IS HEREBY EXPRESSLY ORDERED** that the Judgment signed by this Court on June 29, 2005 be and is hereby certified as final under FRCP 54(b);

**IT IS HEREBY FURTHER ORDERED** that there be entry of judgment of this Court's Judgment signed by this Court on June 29, 2005.

Alexandria, Louisiana, this 4th day of August, 2005.

DEE D. DRELL
United States District Judge