# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **SUE ANN EASTERLING** | **NUMBER 03-0985-A** |
| **VERSUS** | **JUDGE DRELL** |
| **CONCORDIA PARISH SCHOOL BOARD** | **MAGISTRATE JUDGE KIRK** |

### PLAINTIFF'S FIFTH AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff herein, who amends the Complaint and Amended Complaints filed in this matter as follows:

Plaintiff adds the following paragraphs as follows:

"16.
Since plaintiff's resignation from her employment with Defendant Concordia Parish School Board in May 2004, plaintiff has continually attempted to find other employment, but has been denied employment despite her qualifications.

17.
In approximately December 2006 or January 2007, plaintiff learned that Mary Tarver Huhn, an employee of the Concordia Parish School Board, gave a negative job reference and informed the caller that plaintiff had sued the Concordia Parish School Board. Plaintiff believes similar negative references have been given to other potential employers.

18.
The giving of the negative reference and information about plaintiff's law suit was designed to interfere with plaintiff's prospects of gaining employment and has interfered with her prospects for gaining employment.

19.

Plaintiff has suffered and will continue to suffer lost wages and benefits, and emotional distress as a result of defendant's actions.

20.

On April 5, 2007, plaintiff sent an affidavit to the Equal Employment Opportunity Commission regarding her additional claim of retaliation.

21.

On June 29, 2007, plaintiff's counsel received the Notice of Right to Sue from the U.S. Department of Justice, Civil Rights Division. The Notice was issued on June 22, 2007."

Plaintiff reiterates the allegations and prayer contained in her Complaint and Amended Complaints as though set forth in full herein.

**WALKER & LYONS, L.L.P.**
1700 Irving Place
Shreveport, LA 71101
318/221-8644
318/221-7059 (fax)


BY:_____
Laurie W. Lyons, #9328
Attorneys for Plaintiff


**CERTIFICATE**

**I HEREBY CERTIFY** that a copy of the above and foregoing fifth amended complaint filed by plaintiff has been this day served upon all counsel of record in this proceeding as shown below by the method indicated *[x] filed electronically with the Clerk of Court using the CM/ECF system; notice will be sent by operation of the court's electronic filing system;* [ ] hand delivering same; [ ] fax; [ ] certified mail; [ ] U. S. Mail, postage prepaid; [ ] Federal Express:

Stephen G. A. Myers
Irwin, Fritchie, Urquhart & Moore LLC
400 Poydras Street Suite 2700
New Orleans, Louisiana 70130

Direct Dial: 504.310.2114; Fax: 504.310.2101
Counsel of Record for Defendant Concordia Parish School Board

Shreveport, Louisiana this 26th day of July 2007.

        s/Laurie W. Lyons
        Laurie W. Lyons - Of Counsel